Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 18−27881−RG
                Chapter: 13
                Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Roy Agnello
   236 Reichelt Road
   New Milford, NJ 07646

Social Security No.:
   xxx−xx−9326

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/19/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 19, 2018
JAN: rah

                                                                         Jeanne Naughton
                                                                         Clerk

```
                        United States Bankruptcy Court
                              District of New Jersey

In re:                                                          Case No. 18-27881-RG
Roy Agnello                                                     Chapter 13
        Debtor                    CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: Nov 20, 2018
                              Form ID: 148             Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2018.
db             #+Roy Agnello,    236 Reichelt Road,    New Milford, NJ 07646-2218
517743107       +Ameriprise Financial I,     827 Ameriprise Financial,    Minneapolis, MN 55474-0008
517743109       +Amex/Bankruptcy,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
517743117       +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
517743119       +Costco Go Anywhere Citicard,    Citicorp Credit Services/Centralized Ban,    Po Box 790040,
                 St. Louis, MO 63179-0040
517873322        Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
517743125       +Kay Jewelers,    Attn: Bankruptcy,    Po Box 1799,    Akron, OH 44309-1799
517743130       +Pinnacle,    Po Box 130848,    Carlsbad, CA 92013-0848
517808929       +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
517743134       +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 21 2018 00:16:19     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 21 2018 00:16:15     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517743105       EDI: HNDA.COM Nov 21 2018 04:59:00    American Honda Finance,    Attn: Bankruptcy,
                 Po Box 168088,    Irving, TX 75016
517865743       EDI: BL-BECKET.COM Nov 21 2018 05:05:00    Ameriprise Financial,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
517743108      +EDI: AMEREXPR.COM Nov 21 2018 05:03:00    Amex,    Correspondence/Bankruptcy,    Po Box 981540,
                 El Paso, TX 79998-1540
517743110       EDI: BANKAMER.COM Nov 21 2018 05:04:00    Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998
517743112      +EDI: CAPITALONE.COM Nov 21 2018 05:04:00    Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
517824162       EDI: CAPITALONE.COM Nov 21 2018 05:04:00    Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
517743113      +EDI: CHASE.COM Nov 21 2018 05:03:00    Chase Card Services,    Correspondence Dept,
                 Po Box 15298,    Wilmington, DE 19850-5298
517743118      +EDI: WFNNB.COM Nov 21 2018 05:03:00    Comenitycapital/bbbmc,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
517752792       EDI: DISCOVER.COM Nov 21 2018 05:03:00    Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
517743120      +EDI: DISCOVER.COM Nov 21 2018 05:03:00    Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
517743121      +E-mail/Text: bankruptcy.bnc@ditech.com Nov 21 2018 00:15:44     Ditech,    Attn: Bankruptcy,
                 Po Box 6172,    Rapid City, SD 57709-6172
517743123      +EDI: HY11.COM Nov 21 2018 05:00:00    Hyundai Motor Finance,    Attn: Bankruptcy,
                 Po Box 20809,    Fountain Valley, CA 92728-0809
517863330       EDI: RESURGENT.COM Nov 21 2018 05:03:00    LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517743126      +EDI: FORD.COM Nov 21 2018 05:00:00    Lincoln Automotive Financial Service,    Attn: Bankruptcy,
                 Po Box 542000,    Omaha, NE 68154-8000
517743127      +EDI: MID8.COM Nov 21 2018 05:02:00    Midland Funding,    2365 Northside Dr Ste 300,
                 San Diego, CA 92108-2709
517831699      +EDI: MID8.COM Nov 21 2018 05:02:00    Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
517764985       EDI: AGFINANCE.COM Nov 21 2018 04:59:00    ONEMAIN,    PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
517743129      +EDI: AGFINANCE.COM Nov 21 2018 04:59:00    OneMain Financial,    Attn: Bankruptcy,
                 601 Nw 2nd Street,    Evansville, IN 47708-1013
517851793       EDI: PRA.COM Nov 21 2018 04:59:00    Portfolio Recovery Associates, LLC,    c/o Pc Richard,
                 POB 41067,    Norfolk VA 23541
517873058       EDI: PRA.COM Nov 21 2018 04:59:00    Portfolio Recovery Associates, LLC,
                 c/o The Home Depot Consumer,    POB 41067,    Norfolk VA 23541
517859144       EDI: Q3G.COM Nov 21 2018 05:06:00    Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
517743131      +E-mail/Text: jennifer.chacon@spservicing.com Nov 21 2018 00:17:22
                 Select Portfolio Servicing, Inc,    Po Box 65250,    Salt Lake City, UT 84165-0250
517746412      +EDI: RMSC.COM Nov 21 2018 05:04:00    Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517743132      +EDI: RMSC.COM Nov 21 2018 05:04:00    Synchrony Bank/PC Richards & Sons,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517743133       EDI: TDBANKNORTH.COM Nov 21 2018 05:04:00    TD Bank,    Attn: Bankruptcy,    Po Box 1190,
                 Lewiston, ME 04246
517743135      +E-mail/Text: vci.bkcy@vwcredit.com Nov 21 2018 00:16:28     Volkswagen Credit, Inc,    Po Box 3,
                 Hillsboro, OR 97123-0003
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Nov 20, 2018
                              Form ID: 148             Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517743136         EDI: WFFC.COM Nov 21 2018 05:02:00      Wells Fargo Bank,   Attn: Bankruptcy Dept,   Po Box 6429,
                   Greenville, SC 29606
517871003         E-mail/Text: jennifer.chacon@spservicing.com Nov 21 2018 00:17:22      Wells Fargo Bank, N.A.,
                   c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,   Salt Lake City, UT 84165-0250
                                                                                             TOTAL: 30

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517743128         One Main Bank,    Totowa
517743106*       ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
                   (address filed with court: American Honda Finance,   Attn: Bankruptcy,   Po Box 168088,
                    Irving, TX 75016)
517743111*       ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                   (address filed with court: Bank Of America,   Attn: Bankruptcy,   Po Box 982238,
                    El Paso, TX 79998)
517743114*        +Chase Card Services,   Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850-5298
517743115*        +Chase Card Services,   Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850-5298
517743116*        +Chase Card Services,   Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850-5298
517743122*        +Ditech,   Attn: Bankruptcy,   Po Box 6172,   Rapid City, SD 57709-6172
517743124*        +Hyundai Motor Finance,   Attn: Bankruptcy,   Po Box 20809,   Fountain Valley, CA 92728-0809
                                                                                             TOTALS: 1, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2018 at the address(es) listed below:
```
              Aileen   Perez    on behalf of Debtor Roy   Agnello aperezesq@yahoo.com, aperezesq@yahoo.com
              Kevin Gordon McDonald     on behalf of Creditor   Wells Fargo Bank, N.A., as Indenture Trustee for
               the Impac CMB Trust Series 2005-3 kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```